

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-19-00883-CR

Gabrielle **DE ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was due on March 5, 2020. After no brief or motion for extension of time was filed, we ordered Appellant to file the brief or a motion for extension of time to file the brief by March 30, 2020. Before the deadline, Appellant filed a first motion for an extension of time to file the brief, but she did not state the period of the extension requested.

Appellant's motion is GRANTED. Appellant's brief is due on April 6, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court